419 A.2d 193

Commonwealth v. Walters, Appellant.

Submitted October 26, 1978. Daniel R. Lovette, Assistant Public Defender, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

419 A.2d 194

Brandywine Lanes, Inc., Appellant,

v. Drilling Corp. et al.

Argued April 9, 1979. Edgar J. Cooke, for appellant; John H. Barbor, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Order affirmed.